# **Exhibit 2**

| STATE OF NORTH CAROLINA | | IN THE GENERAL COURT OF JUSTICE |
|---|---|---|
| | | SUPERIOR COURT DIVISION |
| DURHAM COUNTY | | Civil Case No.: 24CV010404-310 |

| FREDDIE FOUST, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **NOTICE OF FILING OF NOTICE OF** |
| | ) | **REMOVAL** |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**TO:** **Clerk of Superior Court**
**Durham County**
**510 South Dillard St**
**Durham, NC 27701**

PLEASE TAKE NOTICE that Defendant Duke University ("Defendant") on this the 23rd day of December 2024, removed this case to the United States District Court for the Middle District of North Carolina, and that the state court may proceed no further regarding the above-captioned case. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant's Notice of Removal, without exhibits, that has been filed in the United States District Court for the Middle District of North Carolina.

To acknowledge receipt of the filing of this Notice of Filing of Notice of Removal, please sign and return the attached Acknowledgment of Filing.

Respectfully submitted this the 23rd day of December, 2024.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        /s/ *Vanessa N. Garrido*
        Robert A. Sar (N.C. Bar No. 22306)
        Vanessa N. Garrido (N.C. Bar No. 53470)
        8529 Six Forks Road, Suite 600
        Raleigh, NC 27615

Telephone: 919.787.9700
Facsimile: 919.783.9412
Bob.Sar@ogletree.com
Vanessa.Garrido@ogletree.com

*Attorneys for Duke University*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 23, 20224, a copy of the foregoing *Notice of Filing of Notice of Removal* was served upon all other parties to this matter by mailing a copy thereof, via First Class mail, to Plaintiff's counsel of record in accordance with Rule 5 of the North Carolina Rules of Civil Procedure as follows:

Shayla Richberg
Richberg Law, PLLC
3326 Durham-Chapel Hill Blvd
Building B-120A
Durham, NC 27707
DefendMe@RichbergLaw.com
*Attorneys for Plaintiff*

  This the 23rd day of December, 2024.

              OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.

              <u>/s/ *Vanessa N. Garrido*</u>
              Robert A. Sar (N.C. Bar No. 22306)
              Vanessa N. Garrido (N.C. Bar No. 53470)
              8529 Six Forks Road, Suite 600
              Raleigh, NC  27615
              Telephone:  919.787.9700
              Facsimile:  919.783.9412
              Bob.Sar@ogletree.com
              Vanessa.Garrido@ogletree.com

              *Attorneys for Duke University*

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| DURHAM COUNTY | Civil Case No.: 24CV010404-310 |

FREDDIE FOUST,

    *Plaintiff,*

v.

DUKE UNIVERSITY,

    *Defendant.*

**ACKNOWLEDGEMENT OF FILING**

Receipt of Defendant's Notice of Filing of Notice of Removal and a copy of the Notice of Removal in the above-entitled action is hereby acknowledged:

This _____ day of_____, 2024.

_____
Clerk/Assistant/Deputy Clerk
Durham County Superior Court