UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FREDDIE FOUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24CV1100 |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

This matter is before the Court on the Parties' Joint Rule 26(f) Report [Doc. #17]. The Court has reviewed the Joint Report and approves it as submitted and as noted herein.

The Court notes that the deadlines set out in the Joint Rule 26(f) Report for providing reports from retained experts under Rule 26(a)(2)(B) will also serve as the deadlines for providing required disclosures under Rule 26(a)(2)(C). The Court further notes that the deadline for any Party to move to join additional parties or amend pleadings is June 16, 2025, and after that date the Court will consider, *inter alia*, whether the granting of leave would delay trial. The Court notes that all discovery must be completed by January 10, 2026, and that deadline may not be altered by agreement of the Parties absent a Court Order. In addition, the Court notes that pursuant to Local Rules 40.1 and 56.1(f), the trial date will be set by the Clerk's Office based on the close of discovery, not based on the date of ruling on dispositive motions. The Court notes that any dates for a final pretrial conference or for final pretrial motions will be determined by the District Judge prior to trial in this matter.

Finally, the Court notes that the Parties have not filed a Rule 5.5 Report, which under current LR 16.2 means that the Parties agree that <u>no</u> documents in this case will be designated as confidential or filed under seal. If either Party believes that there may be documents designated as confidential or filed under seal, the Parties must file a Rule 5.5 Report within 14 days of the date of this Order.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #17] is approved as noted herein. <u>If either Party believes that there may be documents designated as confidential or filed under seal, the Parties must file a Rule 5.5 Report within 14 days of the date of this Order.</u>

This, the 15th day of April, 2025.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge